UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CUMMINGS MANOOKIAN, PLLC

Case No. 3:19-bk-07235

    Debtor.

_____

Jeanne Ann Burton

    Plaintiff,

v.                                                                            Adversary Case No. 3:20-ap-90002

Hagh Law PLLC,
Afsoon Hagh,
Manookian PLLC,

    Defendants.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, the Notice of Appeal, document 309 on the record of the above case, was served by first class mail postage prepaid (or hand delivered as indicated below) to the following recipients:

        **PHILLIP YOUNG**
        Trustee Jeanne Anne Burton
        One Franklin Park
        6100 Tower Circle, Suite 200
        Franklin, TN 37067

        **MEGAN SELIBER**
        U.S. TRUSTEE
        701 Broadway, Room 318
        Nashville, TN 37203
        (HAND DELIVERED)

Dated: September 8, 2025                             /s/ Vanessa A. Lantin, Clerk of Court

LQ