IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MANOOKIAN, PLLC, et al. | ) |
| Appellants, | ) |
| v. | ) NO. 3:25-cv-01015 |
| JEANNE ANN BURTON, | ) JUDGE CAMPBELL |
| Appellee. | ) |

**ORDER**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE