# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Manookian PLLC

        Appellant,

v.                                       Case No.: 3:25−cv−01015

Jeanne Ann Burton

        Appellee,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/22/2025 re [6].

                                              Lynda M. Hill
                                  s/ Annecia L Donigan, Deputy Clerk